UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, *and on behalf of all
other persons similarly situated*,

                                    Plaintiff,                    17-CV-10017 (JPO)

            -v-                                                        ORDER

NICOLE MILLER LTD. SOHO, et al.,
                                    Defendants.

J. PAUL OETKEN, District Judge:

        The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty days.

        All filing deadlines and conference dates are adjourned *sine die*.

        SO ORDERED.

Dated: May 23, 2018
       New York, New York

                                            _____
                                                    J. PAUL OETKEN
                                            United States District Judge